# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: BRODY, JAMES JR            § | Case No. 08-06837-BWB |
|        BRODY, LISA                § | |
|                                   § | |
| Debtor(s)                         § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S DEARBORN STREET
   7TH FLOOR
   CHICAGO, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/15/2011 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/08/2011          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                                     Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: BRODY, JAMES JR<br>BRODY, LISA<br><br>Debtor(s) | § Case No. 08-06837-BWB<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 120,010.43 |
| *and approved disbursements of* | $ 40,096.94 |
| *leaving a balance on hand of* [1] | $ 79,913.49 |
| **Balance on hand:** | $ 79,913.49 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 79,913.49 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 6,831.19 | 0.00 | 6,831.19 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 1,922.50 | 0.00 | 1,922.50 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 73.18 | 0.00 | 73.18 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,826.87 |
| Remaining balance: | $ 71,086.62 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

        Total to be paid for prior chapter administrative expenses:  $    0.00
        Remaining balance:  $    71,086.62

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

        Total to be paid for priority claims:  $    0.00
        Remaining balance:  $    71,086.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,240.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Recovery Management Systems Corporation | 1,685.78 | 0.00 | 1,685.78 |
| 2 | Recovery Management Systems Corporation | 1,299.00 | 0.00 | 1,299.00 |
| 3 | LVNV Funding LLC | 993.78 | 0.00 | 993.78 |
| 4 | LVNV Funding LLC | 3,761.31 | 0.00 | 3,761.31 |
| 5 | LVNV Funding LLC | 837.28 | 0.00 | 837.28 |
| 6 | PYOD LLC its successors and assigns as assignee of | 1,572.33 | 0.00 | 1,572.33 |
| 7 | Toyota Motor Credit Corporation | 5,513.18 | 0.00 | 5,513.18 |
| 8 | Chase Bank USA, N.A. | 495.60 | 0.00 | 495.60 |
| 9 | LVNV Funding LLC its successors and assigns | 4,537.75 | 0.00 | 4,537.75 |

**UST Form 101-7-NFR (10/1/2010)**

| 10 | Recovery Management Systems Corporation | 544.35 | 0.00 | 544.35 |

|  | Total to be paid for timely general unsecured claims: | $ | 21,240.36 |
|  | Remaining balance: | $ | 49,846.26 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 49,846.26 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|  | Remaining balance: | $ | 49,846.26 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 2.6% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,459.66. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 48,383.84.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 08-06837-BWB
James J Brody                                                           Chapter 7
Lisa M Brody
        Debtors                     **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: wepps              Page 1 of 2              Date Rcvd: Mar 09, 2011
                              Form ID: pdf006          Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2011.
```
db/jdb     +James J Brody, Jr,    Lisa M Brody,    25627 S Fieldstone Ct,    Channahon, IL 60410-8741
aty        +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty        +Joesph G Klest,    1701 E Woodfield Rd,    Sutie 909,    Schaumburg, IL 60173-5905
aty        +Steve Beck,    19317 Manchester Drive,    Mokena, IL 60448-7812
tr         +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
12070461  ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
             (address filed with court: Applied Card Bank,    4700 Exchange Court,    Boca Raton, FL 33431)
12070459   +Academy Coll,    10965 Decatur Rd,    Philadelphia, PA 19154-3210
12070460   +Anew Dental,    13242 s rt 59,    Plainfield, IL 60585-5428
12070464   +Best Buy,    POB 17298,    Baltimore, MD 21297-1298
14350863   +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,
             Dallas, Tx 75374-0933
12070469   +Collection Professionals,    POB 416,    La Salle, IL 61301-0416
12070470    Dell Financial Services,    POB 6403,    Carol Stream, IL 60197-6403
12070472   +Dish Network,    dept 0063,    Palatine, IL 60055-0001
12070473    Ginny’s,    1112 7th Avenue,    Monroe, WI 53566-1364
12070474   +HSBC,    POB 5244,    Carol Stream, IL 60197-5244
12070475   +Heller & Frisone,    33 N. LaSalle St., Suite 1200,    Chicago, IL 60602-2866
12070478   +I C Systems,    POB 64378,    Saint Paul, MN 55164-0378
12070479   +IC System,    POB 64378,    Saint Paul, MN 55164-0378
12070480   +IDES,    pob 19300,    Springfield, IL 62794-9300
12070483   +LDG,    POB 1424,    Norcross, GA 30091-1424
12070486   +Loyola Univ Med Center,    2160 S. First Ave.,    Maywood, IL 60153-5500
14285137   +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
12070491   +Provena Hosp,    333 N Madison St,    Joliet, IL 60435-8233
12070496  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial,    POB 5855,    Carol Stream, IL)
12070494    Target Nat Bank,    POB 59231,    Minneapolis, MN 55459-0231
14328559    Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12070500   +Wells Fargo,    pob 14411,    Des Moines, IA 50306-3411
12070462   +arm coll,    pob 129,    Thorofare, NJ 08086-0129
12070465   +chase bank,    131 s dearborn, 5th fl,    Chicago, IL 60603-5571
12070467   +city of joliet,    150 w washington,    Joliet, IL 60432-4139
12070468   +client services,    pob 1503,    Saint Peters, MO 63376-0027
12070477   +hsbc retail services,    pob 5253,    Carol Stream, IL 60197-5253
12070481   +ill central c u,    1001 mannheim,    Bellwood, IL 60104-2319
12070484   +leading edge rec solutions,    pob 129,    Linden, MI 48451-0129
12070485   +linen-n-things,    1731 HOWE,    Sacramento, CA 95825-2209
12070487   +menards,    pob 17602,    Baltimore, MD 21297-1602
12070488   +merchants and med credit,    6324 taylor,    Flint, MI 48507-4685
12070489   +orchard bank,    pob 17051,    Baltimore, MD 21297-1051
12070490   +prairie emerg serv,    pob 635225,    Cincinnati, OH 45263-5225
12070492   +regional adjust bureau,    pob 34111,    Memphis, TN 38184-0111
12070493   +rev prod mgt,    pob 77000,    Detroit, MI 48277-2000
12070463   +riaz baber, md,    1460 bond,    Naperville, IL 60563-6502
12070495   +thd/cbsd,    pob 6003,    Hagerstown, MD 21747-6003
12070497   +trs,    5251 westheimer,    Houston, TX 77056-5412
12070499   +wal-mart,    pob 47248,    Oak Park, MI 48237-4948
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12070482    +E-mail/PDF: cr-bankruptcy@kohls.com Mar 09 2011 23:57:38      Kohls,    POB 359,
              Milwaukee, WI 53201-0359
14285086     E-mail/Text: resurgentbknotifications@resurgent.com Mar 09 2011 22:53:30      LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14351855     E-mail/Text: resurgentbknotifications@resurgent.com Mar 09 2011 22:53:31
              LVNV Funding LLC its successors and assigns,    c/o Resurgent Capital Services,    Po Box 10587,
              Greenville, SC 29603-0587
14581834    +E-mail/PDF: rmscedi@recoverycorp.com Mar 10 2011 00:24:29
              Recovery Management Systems Corporation,    For GE Money Bank,    dba WALMART,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14198814    +E-mail/PDF: rmscedi@recoverycorp.com Mar 10 2011 00:24:29
              Recovery Management Systems Corporation,    For Capital Recovery II LLC,
              As Assignee of BEST BUY INTERNET,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14198815    +E-mail/PDF: rmscedi@recoverycorp.com Mar 10 2011 00:06:12
              Recovery Management Systems Corporation,    For Capital Recovery II LLC,
              As Assignee of HSBC CARD SERVICES (III),    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12070498     E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2011 00:24:28      Wal-Mart,    PO Box 530927,
              Atlanta, GA 30353-0927
                                                                                              TOTAL: 7
```

Case 08-06837    Doc 44    Filed 03/09/11    Entered 03/11/11 23:23:55    Desc Imaged
Certificate of Service    Page 8 of 8

```
District/off: 0752-1          User: wepps              Page 2 of 2               Date Rcvd: Mar 09, 2011
                              Form ID: pdf006          Total Noticed: 53

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12070466    ##+City of Chicago,    Bureau of Parking,    333 S State St, Room 540,    Chicago, IL 60604-3951
12070471    ##Dependon Collection,    POB 6074,    River Forest, IL 60305-6074
12070475    ##+Home Depot,    POB 689100,    Des Moines, IA 50368-9100
                                                                                          TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2011**                        **Signature:**    _Joseph Speetjens_