# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: BRODY, JAMES JR | § Case No. 08-06837-BWB |
| BRODY, LISA | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $800.00 | Assets Exempt: $66,540.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $22,123.38 | Claims Discharged Without Payment: $27,405.00 |
| Total Expenses of Administration: $48,893.46 | |

3) Total gross receipts of $ 120,014.10  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 48,997.26  (see **Exhibit 2**), yielded net receipts of $71,016.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $200,010.00 | $200,010.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 48,893.46 | 48,893.46 | 48,893.46 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 49,259.38 | 49,528.38 | 22,123.38 |
| **TOTAL DISBURSEMENTS** | $0.00 | $298,162.84 | $298,431.84 | $71,016.84 |

4) This case was originally filed under Chapter 7 on March 21, 2008. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/14/2011          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CLAIM AGAINST ARCHDIOCESE | 1249-000 | 120,000.00 |
| Interest Income | 1270-000 | 14.10 |
| **TOTAL GROSS RECEIPTS** | | $120,014.10 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BRODY, JAMES JR | Dividend paid 100.00% on $48,997.26; Claim# SURPLUS; Filed: $48,997.26; Reference: | 8200-000 | 48,997.26 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $48,997.26 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| SCHED | WELLS FARGO | 4110-000 | 0.00 | 200,010.00 | 200,010.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $200,010.00 | $200,010.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 6,800.84 | 6,800.84 | 6,800.84 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 1,922.50 | 1,922.50 | 1,922.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 73.18 | 73.18 | 73.18 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 96.94 | 96.94 | 96.94 |
| JOSEPH G KLEST | 3210-600 | N/A | 40,000.00 | 40,000.00 | 40,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 48,893.46 | 48,893.46 | 48,893.46 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Recovery Management Systems Corporation | 7100-000 | N/A | 1,685.78 | 1,685.78 | 1,685.78 |
| 1I | Recovery Management Systems Corporation | 7990-000 | N/A | 70.08 | 70.08 | 70.08 |
| 2 | Recovery Management Systems Corporation | 7100-000 | N/A | 1,299.00 | 1,299.00 | 1,299.00 |
| 2I | Recovery Management Systems Corporation | 7990-000 | N/A | 54.00 | 54.00 | 54.00 |
| 3 | LVNV Funding LLC | 7100-000 | N/A | 993.78 | 993.78 | 993.78 |
| 3I | LVNV Funding LLC | 7990-000 | N/A | 41.31 | 41.31 | 41.31 |
| 4 | LVNV Funding LLC | 7100-000 | N/A | 3,761.31 | 3,761.31 | 3,761.31 |
| 4I | LVNV Funding LLC | 7990-000 | N/A | 156.37 | 156.37 | 156.37 |
| 5 | LVNV Funding LLC | 7100-000 | N/A | 837.28 | 837.28 | 837.28 |
| 5I | LVNV Funding LLC | 7990-000 | N/A | 34.81 | 34.81 | 34.81 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,572.33 | 1,572.33 | 1,572.33 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | | 65.37 | 65.37 | 65.37 |
| 7 | Toyota Motor Credit Corporation | 7100-000 | | 0.00 | 5,513.18 | 5,513.18 | 5,513.18 |
| 7I | Toyota Motor Credit Corporation | 7990-000 | N/A | | 229.20 | 229.20 | 229.20 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | | 495.60 | 495.60 | 495.60 |
| 8I | Chase Bank USA, N.A. | 7990-000 | N/A | | 20.60 | 20.60 | 20.60 |
| 9 | LVNV Funding LLC its successors and assigns | 7100-000 | N/A | | 4,537.75 | 4,537.75 | 4,537.75 |
| 9I | LVNV Funding LLC its successors and assigns | 7990-000 | N/A | | 188.65 | 188.65 | 188.65 |
| 10 | Recovery Management Systems Corporation | 7100-000 | N/A | | 544.35 | 544.35 | 544.35 |
| 10I | Recovery Management Systems Corporation | 7990-000 | N/A | | 22.63 | 22.63 | 22.63 |
| SCHED | HOME DEPOT | 7100-000 | | 0.00 | 2,300.00 | 2,300.00 | 0.00 |
| SCHED | IDES | 7100-000 | | 0.00 | 730.00 | 730.00 | 0.00 |
| SCHED | ACADEMY COLLECTION | 7100-000 | | 0.00 | 504.00 | 504.00 | 0.00 |
| SCHED | ILLINOIS CENTRAL CREDIT UNION | 7100-000 | | 0.00 | 300.00 | 300.00 | 0.00 |
| SCHED | APPLIED CARD BANK | 7100-000 | | 0.00 | 1,500.00 | 1,500.00 | 0.00 |
| SCHED | ANDREW DENTAL | 7100-000 | | 0.00 | 880.00 | 880.00 | 0.00 |
| SCHED | DISH NETWORK | 7100-000 | | 0.00 | 65.00 | 65.00 | 0.00 |
| SCHED | GINNY'S | 7100-000 | | 0.00 | 225.00 | 225.00 | 0.00 |
| SCHED | DELL FINANCIAL SVCS | 7100-000 | | 0.00 | 1,803.00 | 1,803.00 | 0.00 |
| SCHED | CITY OF CHICAGO | 7100-000 | | 0.00 | 500.00 | 500.00 | 0.00 |
| SCHED | CITY OF JOLIET | 7100-000 | | 0.00 | 100.00 | 100.00 | 0.00 |
| SCHED | ARM COLLECTION | 7100-000 | | 0.00 | 1,235.00 | 1,235.00 | 0.00 |
| SCHED | RIAZ BABER MD | 7100-000 | | 0.00 | 90.00 | 90.00 | 0.00 |
| SCHED | LEADING EDGE REC SOLUTIONS | 7100-000 | | 0.00 | 4,488.00 | 4,488.00 | 0.00 |
| SCHED | LOYOLA UNIVERSITY MEDICAL CENTER | 7100-000 | | 0.00 | 300.00 | 300.00 | 0.00 |
| SCHED | MENARDS | 7100-000 | | 0.00 | 8,000.00 | 8,000.00 | 0.00 |
| SCHED | HELLER & FRISONE | 7100-000 | | 0.00 | 514.00 | 514.00 | 0.00 |
| SCHED | ORCHARD BANK | 7100-000 | | 0.00 | 1,300.00 | 1,300.00 | 0.00 |
| SCHED | PRAIRIE EMERGENCY SVCS | 7100-000 | | 0.00 | N/A | 269.00 | 0.00 |
| SCHED | PROVENA HOSPITAL | 7100-000 | | 0.00 | 1,510.00 | 1,510.00 | 0.00 |
| SCHED | LINENS-N-THINGS | 7100-000 | | 0.00 | 792.00 | 792.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | 0.00 | 49,259.38 | 49,528.38 | 22,123.38 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report

## Asset Cases

**Case Number:** 08-06837-BWB

**Case Name:** BRODY, JAMES JR
BRODY, LISA

**Period Ending:** 06/14/11

**Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE

**Filed (f) or Converted (c):** 03/21/08 (f)

**§341(a) Meeting Date:** 05/15/08

**Claims Bar Date:** 10/21/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 25627 S FIELDSTONE COURT, CHANNAHON, IL | 210,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH | 20.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING | 20.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | BASEBALL CARDS | 500.00 | 0.00 | | 0.00 | FA |
| 6 | CLOTHES | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | RING | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2007 TOYOTA CAMRY | 15,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2002 JEEP LIBERTY | 3,500.00 | 0.00 | | 0.00 | FA |
| 10 | WORKERS COMP CLAIM | 30,000.00 | 0.00 | | 0.00 | FA |
| 11 | CLAIM AGAINST ARCHDIOCESE  (u) | Unknown | Unknown | | 120,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 14.10 | Unknown |
| 12 | **Assets**    **Totals** (Excluding unknown values) | **$261,840.00** | **$0.00** | | **$120,014.10** | **$0.00** |

**Major Activities Affecting Case Closing:**

7/31/09 EMPLOYED SPECIAL COUNSEL TO PURSUE CLAIM AGAINST ARCHDIOCESE; SETTLEMENT RECEIVED; PREPARING FINAL REPORT

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010   **Current Projected Date Of Final Report (TFR):**   March 30, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-06837-BWB |
| **Case Name:** | BRODY, JAMES JR |
| | BRODY, LISA |
| **Taxpayer ID #:** | **-***1694 |
| **Period Ending:** | 06/14/11 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******19-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/12/10 | {11} | GALLAGHER BASSETT SERVICES, INC. | SETTLEMENT | 1249-000 | 120,000.00 | | 120,000.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.57 | | 120,001.57 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.05 | | 120,004.62 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.05 | | 120,007.67 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #08-06837, Bond# 016026455 | 2300-000 | | 96.94 | 119,910.73 |
| 02/22/11 | 1002 | JOSEPH G KLEST | FEES TO SPECIAL COUNSEL PER ORDEROF 8/20/10 | 3210-600 | | 40,000.00 | 79,910.73 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.76 | | 79,913.49 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.49 | | 79,915.98 |
| 04/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0300% | 1270-000 | 1.18 | | 79,917.16 |
| 04/19/11 | | To Account #9200******1966 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 79,917.16 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 120,014.10 | 120,014.10 | **$0.00** |
| | Less: Bank Transfers | 0.00 | 79,917.16 | |
| | **Subtotal** | **120,014.10** | **40,096.94** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$120,014.10** | **$40,096.94** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-06837-BWB |
| **Case Name:** | BRODY, JAMES JR |
| | BRODY, LISA |
| **Taxpayer ID #:** | **-***1694 |
| **Period Ending:** | 06/14/11 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******19-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/19/11 | | From Account #9200******1965 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 79,917.16 | | 79,917.16 |
| 04/20/11 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $6,800.84, Trustee Compensation;  Reference: | 2100-000 | | 6,800.84 | 73,116.32 |
| 04/20/11 | 102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $1,922.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,922.50 | 71,193.82 |
| 04/20/11 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $73.18, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 73.18 | 71,120.64 |
| 04/20/11 | 104 | Recovery Management Systems Corporation | Dividend paid 100.00% on $1,685.78; Claim# 1; Filed: $1,685.78; Reference: | 7100-000 | | 1,685.78 | 69,434.86 |
| 04/20/11 | 105 | Recovery Management Systems Corporation | Dividend paid 100.00% on $1,299.00; Claim# 2; Filed: $1,299.00; Reference: | 7100-000 | | 1,299.00 | 68,135.86 |
| 04/20/11 | 106 | LVNV Funding LLC | Dividend paid 100.00% on $993.78; Claim# 3; Filed: $993.78; Reference: | 7100-000 | | 993.78 | 67,142.08 |
| 04/20/11 | 107 | LVNV Funding LLC | Dividend paid 100.00% on $3,761.31; Claim# 4; Filed: $3,761.31; Reference: | 7100-000 | | 3,761.31 | 63,380.77 |
| 04/20/11 | 108 | LVNV Funding LLC | Dividend paid 100.00% on $837.28; Claim# 5; Filed: $837.28; Reference: | 7100-000 | | 837.28 | 62,543.49 |
| 04/20/11 | 109 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $1,572.33; Claim# 6; Filed: $1,572.33; Reference: | 7100-000 | | 1,572.33 | 60,971.16 |
| 04/20/11 | 110 | Toyota Motor Credit Corporation | Dividend paid 100.00% on $5,513.18; Claim# 7; Filed: $5,513.18; Reference: | 7100-000 | | 5,513.18 | 55,457.98 |
| 04/20/11 | 111 | Chase Bank USA, N.A. | Dividend paid 100.00% on $495.60; Claim# 8; Filed: $495.60; Reference: | 7100-000 | | 495.60 | 54,962.38 |
| 04/20/11 | 112 | LVNV Funding LLC its successors and assigns | Dividend paid 100.00% on $4,537.75; Claim# 9; Filed: $4,537.75; Reference: | 7100-000 | | 4,537.75 | 50,424.63 |
| 04/20/11 | 113 | Recovery Management Systems Corporation | Dividend paid 100.00% on $544.35; Claim# 10; Filed: $544.35; Reference: | 7100-000 | | 544.35 | 49,880.28 |
| 04/20/11 | 114 | Recovery Management Systems Corporation | Dividend paid 100.00% on $70.08; Claim# 1I; Filed: $70.08; Reference: | 7990-000 | | 70.08 | 49,810.20 |
| 04/20/11 | 115 | Recovery Management Systems Corporation | Dividend paid 100.00% on $54.00; Claim# 2I; Filed: $54.00; Reference: | 7990-000 | | 54.00 | 49,756.20 |
| 04/20/11 | 116 | LVNV Funding LLC | Dividend paid 100.00% on $41.31; Claim# 3I; Filed: $41.31; Reference: | 7990-000 | | 41.31 | 49,714.89 |
| 04/20/11 | 117 | LVNV Funding LLC | Dividend paid 100.00% on $156.37; Claim# 4I; Filed: $156.37; Reference: | 7990-000 | | 156.37 | 49,558.52 |
| 04/20/11 | 118 | LVNV Funding LLC | Dividend paid 100.00% on $34.81; Claim# 5I; Filed: $34.81; Reference: | 7990-000 | | 34.81 | 49,523.71 |
| 04/20/11 | 119 | PYOD LLC its successors and | Dividend paid 100.00% on $65.37; Claim# 6I; | 7990-000 | | 65.37 | 49,458.34 |

| | | | | Subtotals : | $79,917.16 | $30,458.82 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 08-06837-BWB | |
| **Case Name:** | BRODY, JAMES JR | |
| | BRODY, LISA | |
| **Taxpayer ID #:** | **-***1694 | |
| **Period Ending:** | 06/14/11 | |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******19-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | assigns as assignee of | Filed: $65.37; Reference: | | | | |
| 04/20/11 | 120 | Toyota Motor Credit Corporation | Dividend paid 100.00% on $229.20; Claim# 7I;<br>Filed: $229.20; Reference: | 7990-000 | | 229.20 | 49,229.14 |
| 04/20/11 | 121 | Chase Bank USA, N.A. | Dividend paid 100.00% on $20.60; Claim# 8I;<br>Filed: $20.60; Reference: | 7990-000 | | 20.60 | 49,208.54 |
| 04/20/11 | 122 | LVNV Funding LLC its successors<br>and assigns | Dividend paid 100.00% on $188.65; Claim# 9I;<br>Filed: $188.65; Reference: | 7990-000 | | 188.65 | 49,019.89 |
| 04/20/11 | 123 | Recovery Management Systems<br>Corporation | Dividend paid 100.00% on $22.63; Claim# 10I;<br>Filed: $22.63; Reference: | 7990-000 | | 22.63 | 48,997.26 |
| 04/20/11 | 124 | BRODY, JAMES JR | Dividend paid 100.00% on $48,997.26; Claim#<br>SURPLUS; Filed: $48,997.26; Reference: | 8200-000 | | 48,997.26 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **79,917.16** | **79,917.16** | **$0.00** |
| Less: Bank Transfers | 79,917.16 | 0.00 | |
| **Subtotal** | **0.00** | **79,917.16** | |
| Less: Payments to Debtors | | 48,997.26 | |
| **NET Receipts / Disbursements** | **$0.00** | **$30,919.90** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******19-65** | **120,014.10** | **40,096.94** | **0.00** |
| **Checking # 9200-******19-66** | **0.00** | **30,919.90** | **0.00** |
| | **$120,014.10** | **$71,016.84** | **$0.00** |